
FILED

JAN 0 2 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| EDWARD EUGENE SCHAREN, Plaintiff, vs. WARDEN FRINK, as agent of CCC and MIKE FERRITER, as agent of Montana DOC, Defendants. | CV 11-66-GF-SEH ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter on November 20, 2012. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). But this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Document No. 49.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Plaintiff's Motion to Obtain an Order for Medical Treatment[2] is DENIED as moot because Plaintiff is no longer in custody.

DATED this 2nd day of January, 2013.

*Sam G Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 28.