

FILED

JAN 3 1 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| EDWARD EUGENE SCHAREN,<br><br>      Plaintiff,<br><br>vs.<br><br>WARDEN FRINK, as agent of CCC and MIKE FERRITER, as agent of Montana DOC,<br><br>      Defendants. | CV 11-66-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on January 8, 2013.[1] Plaintiff has not filed objections and has failed to provide this Court and counsel with a valid address for service. All efforts to contact Plaintiff have been unsuccessful, and all mailings to Defendant have been returned as undeliverable.[2]

No review is required of proposed findings and recommendations to which

---

[1] Document No. 53.

[2] Document Nos. 50, 51, 55–57.

no objection is made. Thomas v. Arn, 474 U.S. 140, 149–152 (1986). But this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED with prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

2. Any appeal from this disposition will not be taken in good faith as Plaintiff has repeatedly failed to provide this Court with a valid address for service.

3. The Clerk is directed to enter judgment accordingly.

DATED this **31st** day of January, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Court

---

[3] Document No. 2.